UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GEORGE LESANE
          Petitioner
  v.                                    **Judgment in a Civil Case**
ROBERT HINES; JOHN HERRING
          Respondents                Case Number: 5:10-HC-2117-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice to allow petitioner to seek authorization to file this application in the Eastern District of North Carolina.

This Judgment Filed and Entered on July 27, 2010, with service on:
George LeSane 0606297, Pamlico Correctional Center, 601 North Third Street, Bayboro, NC 28515 (via U.S. Mail)

July 27, 2010                                          /s/ Dennis P. Iavarone
                                                            Clerk